# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )   Case No.: 2:15-cr-00051-GMN-CWH
    vs.                             )
                                    )   **ORDER**
ANTHONY SUGGS,                      )
                                    )
            Defendant.              )
                                    )

Pending before the Court is Defendant Anthony Suggs' Letter, (ECF No. 28), requesting early termination of his term of supervised release.

Defendant's supervision was transferred from the Northern District of Mississippi on February 24, 2015, (Order, ECF No. 2). At that point, Defendant had been supervised by the probation office for less than two months of his three-year term of probation. On March 17, 2015, Defendant's term of probation was revoked after admitting to violating a term of his supervision, (Minutes, ECF No. 15). Defendant was sentenced to 11 months in custody and was given 3 years of supervised release to follow, (Judgment, ECF No. 16). Defendant admitted to a violation of his terms of supervised release on July 21, 2017, (Minutes, ECF No. 27). At that time, the Court did not revoke the Defendant's term of supervision, however it did modify the conditions of his release. For good cause appearing, the Court denies Defendant's request.

///

**IT IS HEREBY ORDERED** that Defendant's Letter, (ECF No. 28), requesting early termination of his term of supervised release is **DENIED**.

**DATED** this __26__ day of January, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court